## El Pueblo, Apelado, *v.* Morett, Apelante.

Corte de Distrito de San Juan, Distrito Primero.

No. 1843.—Resuelto en febrero 13, 1922.

En el presente caso la sentencia apelada expresa: "Sometido el caso, la corte declaró al acusado culpable de hurto menor y le condena a un año seis meses de cárcel." Visto

el artículo 431 del Código Penal, se modificó la sentencia de modo que el acusado solo sufra un año de prisión. El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.